**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TIMOTHY P. JANUSZ,

Civil No. 01-1756 (RHK/AJB)

Petitioner,

v.

ROB MUNDT, Warden,

Respondent.

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner, a prisoner at the Federal Correctional Institution in Waseca, Minnesota, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He claims that Respondent intends to keep him in custody beyond his proper release date.

Respondent is directed to make a return in writing within 20 days from the date of this Order. The return shall certify the true reason(s) for the expected duration of Petitioner's confinement and shall show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of the expected duration of Petitioner's confinement in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position, which shall include a recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of statutes and other pertinent authority; and

3. Certified copies of all court documents, administrative records, or other written materials that are germane to the issues raised in the petition.

FILED SEP 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court will entertain a motion to grant the relief requested in the Petition if the written return contemplated by this Order is not timely filed.

Also before the Court at this time is Petitioner's Application for leave to proceed in forma pauperis, ("IFP"). (Docket No. 4.) The Court finds that Petitioner is eligible for IFP status, and his IFP Application will therefore be GRANTED.

Based on the foregoing, and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT** Respondent shall file a written return to Petitioner's habeas corpus petition consistent with the requirements of this order within 20 days from the date of this order.

**IT IS FURTHER ORDERED THAT** Petitioner's Application for leave to proceed in forma pauperis, (Docket No. 4), is GRANTED.

Dated: September 26th, 2001

Arthur J. Boylan
United States Magistrate Judge