**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Timothy P. Janusz,

Civil No. 01-1756 DWF/AJB

Petitioner,

v.

**ORDER ON REQUEST FOR PERMISSION TO FILE REPLY MEMORANDUM**

Rob Mundt, Warden
FCI–Waseca,

Respondent.

Petitioner in this matter seeks permission to file a reply to the anticipated government response to his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Petitioner filed the petition, along with a 34 page memorandum and several attachments, on September 24, 2001. Defendant has been given until November 5, 2001, to file a return to the habeas petition.

**IT IS HEREBY ORDERED THAT** petitioner shall have five days following receipt of the government's anticipated timely response in which to serve and file a reply. Any reply memorandum may not exceed ten pages, excluding attachments. There shall be no further submissions by either party except by express permission of the Court.

Dated: 10-30-01

Arthur J. Boylan
United States Magistrate Judge

FILED OCT 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK