# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Timothy P.Janusz

Plaintiff

v.

Rob Mundt,

Defendants

Case No. Civil 01-1756 DWF/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Arthur J. Boylan's Report and Recommendation dated 3/4/02 is adopted. Petitioner's application for a writ of habeas corpus is denied. This action is dismissed with prejudice.

DATE: March 26, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk